```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00974
   ANGELA D RICHARDS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8199

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/19/2007 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 11/21/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE         .00            .00            .00
DYCK O NEAL INC           CURRENT MORTG         .00            .00            .00
DYCK O NEAL INC           MORTGAGE ARRE     3671.00            .00            .00
SOCIAL SECURITY ADMINIST  PRIORITY         NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED          223.07            .00            .00
FREEDOMCARD GOLD MASTERC  UNSECURED          744.45            .00            .00
CAPITAL ONE               UNSECURED          444.27            .00            .00
CARLE CLINIC ASSOC        UNSECURED        NOT FILED           .00            .00
CHILDRENS MEMORIAL HOSPI  UNSECURED        NOT FILED           .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED           .00            .00
ER SOLUTIONS              UNSECURED        NOT FILED           .00            .00
FIRST MIDWEST BANK        UNSECURED        NOT FILED           .00            .00
GC SERVICES               UNSECURED        NOT FILED           .00            .00
GUARANTY BANK             UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HARRIS                    UNSECURED        NOT FILED           .00            .00
HSBC AUTO FINANCE         UNSECURED        14008.44            .00            .00
KOMYATTASSOC              UNSECURED        NOT FILED           .00            .00
MANORCARE HOMEWOOD        UNSECURED        NOT FILED           .00            .00
MARAUDER CORP             UNSECURED        NOT FILED           .00            .00
MAYO CLINIC               UNSECURED         2043.10            .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED         1070.40            .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00974 ANGELA D RICHARDS
```

```
RMI/MCSI                  UNSECURED       5327.40            .00            .00
RMI/MCSI                  UNSECURED     NOT FILED            .00            .00
RMI/MCSI                  UNSECURED     NOT FILED            .00            .00
STONE POGRUND & KO        UNSECURED     NOT FILED            .00            .00
TCF BANK                  UNSECURED     NOT FILED            .00            .00
CBE GROUP                 UNSECURED     NOT FILED            .00            .00
THE PEDIATRIC FACULTY FO  UNSECURED     NOT FILED            .00            .00
THOMAS SCHAB              UNSECURED     NOT FILED            .00            .00
TRUST REC SV              UNSECURED     NOT FILED            .00            .00
US BANK NATIONAL          UNSECURED     NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED       1054.96            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        342.99             .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED        37.06             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,346.00                       1,688.40
TOM VAUGHN                TRUSTEE                                         111.60
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      1,800.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,688.40
TRUSTEE COMPENSATION                                 111.60
DEBTOR REFUND                                           .00
                        ---------------    ---------------
TOTALS                       1,800.00              1,800.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE